## LADD–HANNON OIL CORPORATION v. TRIPPLEHORN. (No. 16288.)

Supreme Court of Texas. Jan. 30, 1929.

W. R. Ely, of Abilene, W. L. Morris and Ike A. Wynn, both of Fort Worth, and Scott, Brelsford, McCarty & Brelsford, of Eastland, for plaintiff in error.

James G. Harrell and G. O. Bateman, both of Breckenridge, for defendant in error.

PER CURIAM. The certified copy of the orders of the Court of Civil Appeals in the record before us shows that the motion for rehearing in that court was overruled June 18, 1928. The application for writ of error was filed in the Court of Civil Appeals on July 20, 1928, more than 30 days after the motion for rehearing was overruled. We therefore have no jurisdiction of the application. Article 1742, R. S. 1925. Flattery v. Miller (Tex. Sup.) 212 S. W. 932; Long v. Martin, 112 Tex. 365, 247 S. W. 827; Schleicher v. Runge, 90 Tex. 456, 39 S. W. 279; Allen v. Comoras, 114 Tex. 581, 278 S. W. 1114.

The application is accordingly dismissed for want of jurisdiction.